UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | No. 03-16337 |
| | § | |
| BRAVO MUSIC, INC. | § | SECTION "A" |
| | § | |
| DEBTORS. | § | CHAPTER 7 |

**HANCOCK BANK OF LOUISIANA'S MOTION
TO VACATE, MODIFY AND LIFT THE AUTOMATIC STAY**

The motion of Hancock Bank of Louisiana ("Hancock Bank"), a secured creditor herein, to vacate, modify and lift the automatic stay (the "Motion"), respectfully represents:

1. On August 20, 2003 (the "Petition Date"), Bravo Music, Inc. (the "Debtor" or "Bravo Music") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana.

2. Hancock Bank extended a loan (the "Loan") to Bravo Music, Inc. ("Bravo Music"). The Loan is secured by certain real property bearing the municipal address of 117 E. Thomas Street, Hammond, Louisiana (the "Property") which is owned by Ben and Susan Latino (the "Latinos").

**THE LOAN**

3. The Loan is evidenced by a Promissory Note dated May 17, 2001, in the original principal amount of $250,000.00, made payable to the order of Hancock Bank by Bravo Music on demand, or if no demand is made, in fifty-nine regular monthly installment payments of $2,560.71 each and one irregular installment estimated to be $203,534.43. A copy of the Promissory Note is attached hereto at Exhibit "A".

-1-

4. The Note is secured by a Collateral Mortgage Note dated May 17, 2001, in the original principal amount of $250,000.00 that was executed by the Latinos, and a Pledge of Collateral Mortgage Note dated May 17, 2001, that was executed by the Latinos. Copies of the Collateral Mortgage Note and Pledge of Collateral Mortgage Note are attached hereto as Exhibit "B".

5. The Collateral Mortgage Note and, in turn, the Promissory Note are secured by a Collateral Mortgage dated May 17, 2001, that was executed by the Latinos, which Collateral Mortgage provides Hancock Bank with a mortgage upon the Property. A copy of the Collateral Mortgage is attached hereto as Exhibit "C". Collectively, the Promissory Note, Collateral Mortgage Note, Pledge of Collateral Mortgage Note and Collateral Mortgage will be referred to as the "Loan Documents."

6. Bravo Music is in default of the Promissory Note based on its failure to pay certain installments due thereunder.

7. As of the August 25, 2003, the amount due under the Loan was as follows:

| | |
|---|---|
| Principal: | $235,639.95 |
| Interest: | 7,893.95 |
| Late Charges: | 1,133.07 |
| TOTAL: | $244,666.97 |

8. According to Debtor's Schedule A filed in this case, the Property is worth approximately $430,000 and is encumbered by mortgages in excess of $500,000. Consequently, even assuming the Debtor (as opposed to the Latinos) has an interest in the Property, the Debtor does not have any equity in the Property.

## THE STAY SHOULD BE LIFTED UNDER
## SECTION 362(d) OF THE BANKRUPTCY CODE

9. For the foregoing reasons, cause exists to vacate, modify and lift the automatic stay

under 11 U.S.C. § 362(d)(1) and (2), as the Debtor does not have any equity in the Property. Accordingly, the stay should be vacated, modified and lifted so as to permit and allow Hancock Bank to exercise all of its contractual and legal rights against the Property, including, without limitation, the right to foreclose upon the Property and to contact the Debtor concerning the Property and the Loan.

WHEREFORE, Hancock Bank prays that this Honorable Court vacate, modify and lift the automatic stay so as to permit and allow Hancock Bank to exercise all of its contractual and legal rights against the Property, including, without limitation, the right to foreclose upon the Property and to contact the Debtors concerning the Property and the Loan and grant such other and further relief as is just and equitable.

Respectfully submitted,

MCGLINCHEY STAFFORD, PLLC

*/s/ Leo D. Congeni*
RICHARD A. AGUILAR (#17439)
LEO D. CONGENI (#25626)
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

Attorneys for Hancock Bank of Louisiana

451715.1