UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | § | No. 03-16337 |
| | § | |
| BRAVO MUSIC, INC. | § | SECTION "A" |
| | § | |
| DEBTORS. | § | CHAPTER 7 |

## NOTICE OF HEARING

PLEASE BE ADVISED that a Motion to Vacate, Modify and Lift the Automatic Stay (the "Motion") has been filed by Hancock Bank of Louisiana ("Hancock Bank"). A copy of the Motion and the exhibits attached thereto can be obtained via the Court's Document Filing System, http://ecf.laeb.uscourts.gov/cgi-bin/login.pl, or by requesting same from counsel for Hancock Bank.

PLEASE BE FURTHER ADVISED that a hearing will be held in connection with the Motion in the United States Bankruptcy Court for the Eastern District of Louisiana which is located in Room 709, 501 Magazine Street, New Orleans, Louisiana, on the 6th day of January, 2004, at 10:15 a.m.

PLEASE BE FURTHER ADVISED that any party opposing the Motion MUST file a written objection with the Clerk, United States Bankruptcy Court for the Eastern District of Louisiana whose address is Room 601, 501 Magazine Street, New Orleans, Louisiana, by 5:00 p.m. no later than eight calendar days PRIOR to the scheduled January 6, 2004, hearing and MUST serve copies of any such objection upon counsel for Hancock Bank at the address indicated below.

NEW ORLEANS, LOUISIANA, this 17th day of December, 2003.

RICHARD A. AGUILAR (#17439)
LEO D. CONGENI (#25626)
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

Attorneys for Hancock Bank of Louisiana

451873.1